

Richard C. Busse, OSB #74050
*rbusse@busseandhunt.com*
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone: (503) 248-0504
Facsimile:  (503) 248-2131

      Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARCI ATKINS,<br><br>      Plaintiff,<br><br>  v.<br><br>IDEARC MEDIA CORP., a Delaware corporation, f/k/a VERIZON DIRECTORIES CORP.,<br><br>      Defendant. | Case No. **CV '07 - 1 4 1 2 - BR**<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL<br><br>(Sex Discrimination and Retaliation) |

      Plaintiff alleges:

**I.**

**JURISDICTION AND VENUE**

      1.      Plaintiff brings this action for violation of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et. seq.*, for sex discrimination and retaliation.  Plaintiff also brings a state claim over which this court has supplemental jurisdiction for sex discrimination and retaliation.

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 1

/7581

2.      Acts complained of herein were committed in the District of Oregon.

## II.

## THE PARTIES

3.      Plaintiff is a female resident and citizen of the state of Oregon.

4.      Defendant is a Delaware corporation doing business in Oregon.  At all material

times Defendant acted through its agents and employees acting within the course and scope of

their agency and/or employment for Defendant.

## III.

## ADMINISTRATIVE EXHAUSTION

5.      This Complaint was filed prior to 90 days from date of issuance of a Right-to-Sue

letter by the Oregon Bureau of Labor and Industries and the Equal Employment Opportunity

Commission.

## IV.

## STATEMENT OF CLAIMS

## CLAIM ONE

(Sex Discrimination - 42 U.S.C. § 2000e, *et. seq.*)

6.      Plaintiff realleges paragraphs 1 through 5.

7.      Plaintiff was employed by Defendant commencing May 5, 2005 as an outside

sales representative.

8.      During her employment Defendant subjected Plaintiff to a hostile gender-based

working environment in one or more of the following particulars:

/ / / /

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 2

(a)    it subjected female employees to differential treatment from males in that
       it would berate, intimidate, humiliate and/or demean them privately and in
       front of coworkers;

(b)    it would subject females to harsh criticism not given to males under
       similar circumstances;

(c)    it would make degrading statements to Plaintiff, including that she was
       "stupid" and/or "worthless;" and/or,

(d)    it would give more favorable treatment to male employees than females in
       providing leads and other business opportunities.

9.    During her employment Defendant subjected Plaintiff to a hostile sexual working
environment in one or more of the following particulars:

(a)    it knowingly subjected her to a work environment that was laced with
       sexual statements and innuendoes about her and other female employees in
       her work unit;

(b)    her supervisor made sexual advances to her on more than one occasion,
       including asking her to go to a motel;

(c)    her supervisor permitted a male coworker to sexually harass Plaintiff and
       other female employees, which conduct included, but is not limited to, one
       or more of the following particulars:

       (1)    bragging about his sexual exploits;

       (2)    making comments about female body parts, and how he
              liked "big tits;"

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 3

(3)    making sexually suggestive remarks to female employees;

(4)    looking down Plaintiff's blouse, or brushing pretended
foreign material off her chest;

(5)    telling Plaintiff and other female workers that they were
"sexy;"

(6)    staring Plaintiff and other female employees up and down
in a sexually suggestive manner;

(7)    making unwanted physical contact with Plaintiff by
touching her or brushing up against her from behind;

(8)    making gross sexual comments about how he would like to
"go down" on a female employee, or about how a female
employee would do well if she gave her supervisor oral sex;

(9)    making the comment that "women all look the same if they
are naked and turned upside down."

10.    As a result of said acts Plaintiff has suffered emotional distress all to her non-economic damage in an amount to be proven at trial, which sum is alleged to be $300,000.

11.    As a further result of said acts Plaintiff has suffered economic loss in an amount to be set by a jury, which sum is alleged to be $100,000.

12.    Defendant's acts were wilful and intentional and Defendant should be assessed punitive damages in an amount to be set by a jury, which sum is alleged to be the maximum allowable by law for this claim, or $300,000.

/ / / /

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 4

13.    Plaintiff is entitled to reasonable attorneys' and expert witness fees pursuant to 42 U.S.C. § 2000e, *et. seq.*

## CLAIM TWO

(Retaliation - 42 U.S.C. § 2000e, *et. seq.*)

14.    Plaintiff realleges paragraphs 1 through 13.

15.    During her employment Plaintiff cooperated with an investigation of Defendant's sex discrimination and sexual harassment.

16.    Defendant retaliated against Plaintiff for providing information about Defendant's discriminatory practices, and/or because she rejected sexual advances, including but not limited to, in one or more of the following particulars:

(a)    by maintaining a hostile work environment in the mean and threatening treatment she was given;

(b)    by requiring her to produce the same sales volume even while she was restricted to part-time work in the aftermath of a work-related injury;

(c)    by giving her leads and accounts to others; and/or,

(d)    by sabotaging her work by intercepting and withholding incoming and outgoing mail, faxes and/or sales paperwork.

## CLAIM THREE

(Sex Discrimination - State)

17.    Plaintiff realleges paragraphs 1 through 9, 11, 15 and 16.

18.    Plaintiff is entitled to reasonable attorneys' and expert witness fees pursuant to ORS 659A.885 and ORS 20.107.

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 5

## V.

## DEMAND FOR JURY TRIAL

19.     Plaintiff demands a jury trial.

WHEREFORE, Plaintiff prays for judgment as alleged in the claims stated above.

DATED this 21st day of September, 2007.

BUSSE & HUNT

RICHARD C. BUSSE, OSB# 74050
*rbusse@busseandhunt.com*
BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504
Of Attorneys for Plaintiff Marci Atkins

P:\WPDOCS\ATKINS\complaint.wpd

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 6