# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**Marci Atkins,**

                      **Plaintiff(s),**

          v.

**Idearc Media Corp. ,**

                      **Defendant(s).**

**Case No. CV 07-1412 BR**

**ORDER OF DISMISSAL**

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

Dated: March 18, 2008

SHERYL S. McCONNELL, Clerk of Court

by _____/s/Steven L. Minetto_____
      Steven L. Minetto, Deputy Clerk

cc: Counsel

ORDER OF DISMISSAL